**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: )<br>)<br>NINA MARIE THORNTON, )<br>a/k/a NINA MARIE MORRISON, )<br>f/d/b/a HEALTH & WEALTH )<br>ENTERPRISES, INC., )<br>f/d/b/a TRI-COUNTY QUARRY, )<br>)<br>Debtor. ) | Chapter 7<br>Case No. 11-21260 JBH |

**TRUSTEE'S NOTICE OF INTENDED SALE OF ESTATE'S**
**INTEREST IN REAL PROPERTY**

      **PLEASE TAKE NOTICE THAT**, pursuant to 11 U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 2002, 6004, and 9013, and D. Me. LBR 2002-1(a)(1), 6004-1, and 9013-1(a), Anthony J. Manhart, Esq., the duly-appointed, qualified, and acting Chapter 7 Trustee in the above-captioned Chapter 7 case (the "Trustee"), intends to sell the estate's interest in certain property located in the Town of Berwick (the "Property"). The Trustee has received an offer to purchase the estate's interest in the Property (the "Trustee's Sale") from Amanda Russell and John Bjork (together, "Buyer"). The estate's interest in the Property shall be sold on an **AS IS, WHERE IS, WITH ALL FAULTS** basis, and the Trustee makes and shall make no warranty, either express or implied, or representation whatsoever regarding the estate's interest in the Property.

      Prepetition, on July 26, 2011, Buyer and Debtor, Nina Marie Thornton ("Debtor"), entered into a Purchase and Sale Agreement (the "Agreement"), whereby Wells Fargo Bank (the "Mortgagee") has agreed to accept a short sale (the "Short Sale"). Copies of the Agreement are available upon request to the Trustee. Debtor believes the Property to be valued at $210,000. Wells Fargo Bank (the "Mortgagee") holds a mortgage with respect to the Property in the amount of approximately $281,000. The Trustee has agreed to the Trustee's Sale and to abandon his interest in the Property such that the Short Sale can move forward.

      The Trustee proposes the Trustee's Sale to Buyer for the total purchase price of $3,000, in good funds to be received by the Trustee immediately, and held until this Court's authorization of the proposed sale. Thereafter, the Trustee will abandon his interest in the Property. The Trustee's Sale shall be subject to any and all liens, claims, encumbrances, and other interests. The Trustee is unaware of any such liens, claims, encumbrances, and other interests, except for the Mortgagee's claim. Any such liens, claims, encumbrances, and other interests, however, will not attach to the proceeds of Trustee's Sale, nor will the proceeds of this sale be used to satisfy, in whole or in part, any underlying obligations secured by any such liens, claims, encumbrances, and other interests, except as provided by the United States Bankruptcy Code.

      **Any objections to the proposed Trustee's Sale must made in writing on or before November 8, 2011 (the "Objection Deadline"), and be filed with the Bankruptcy Court at**

537 Congress Street, Portland, ME 04101, with a copy to the Trustee at: Anthony J. Manhart, Esq., Chapter 7 Trustee, Perkins Thompson, P.A., One Canal Plaza, 9th Floor, PO Box 426, Portland, ME 04112, to be received by the Trustee on or before the Objection Deadline.

In the event that a timely written objection to the Trustee's sale is received, a hearing will be held on **November 29, 2011** (the "Sale Hearing"), at 11:00 a.m., at the Bankruptcy Court at 537 Congress Street, 2nd Floor, Portland, ME 04101. The Sale Hearing may be postponed or rescheduled from time to time, without further notice, except as may be provided at the Sale Hearing. As set forth more fully in the Maine Bankruptcy Court's Administrative Procedures for Telephonic Participation in Hearings (the "Procedures") (*see* www.meb.uscourts.gov), counsel and other interested parties seeking to be heard on this Notice have the option (unless the Sale Hearing involves a pro se debtor or the introduction of evidence, in which event all parties must appear in-Court at the Sale Hearing) of participating in the Sale Hearing by contacting CourtCall ((866) 582-6878) at least twenty-four hours in advance of the Sale Hearing and arranging for such a telephonic appearance. Any persons or entities desiring to appear telephonically at the Sale Hearing must comply with all the requirements set forth in the Procedures and bear their own costs and expenses.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**Absent a timely written objection, the Trustee's Sale may be approved by the Bankruptcy Court without further notice or hearing.**

Dated at Portland, Maine this 18th day of October, 2011.

/s/ Anthony J. Manhart
Anthony J. Manhart, Esq.
Chapter 7 Trustee of the estate of Nina Marie
Thornton, a/k/a Nina Marie Morrison, f/d/b/a
Health & Wealth Enterprises, Inc., f/d/b/a
Tri-County Quarry

Perkins Thompson, P.A.
One Canal Plaza, PO Box 426
Portland, ME 04112-0426
(207) 774-2635
trusteemanhart@perkinsthompson.com